WILLIAMS, Appellant, v. ZIMMERMANN, Respondent. (Supreme Court, Appellate Term. June 28, 1899.) Action by Henry P. Williams against Otilda Zimmermann, sued as Otilda De Wolfe. From a judgment in favor of plaintiff, defendant appeals. Affirmed. Hugh Coleman, for appellant. Blandy, Mooney & Shipman, for respondent.

PER CURIAM. Judgment affirmed, with costs to the respondent.

In re WILLIAMSBURGH TRUST CO. (Supreme Court, Appellate Division, Second Department. June 20, 1899.) In the matter of the application of the Williamsburgh Trust Company to be appointed as a legal depositary of court moneys. No opinion. Report confirmed, and the petitioner, the Williamsburgh Trust Company, designated as a legal depositary of court moneys. See 57 N. Y. Supp. 1151.

In re WILSON. (Supreme Court, Appellate Division, Second Department. June 27, 1899.) In the matter of the application of Joel Wilson to have W. W. Whyard removed from office of justice of the peace. No opinion. Proceeding referred to William McCauley, Jr., of Haverstraw, N. Y., to take proof of the charges contained in the moving papers, and report the same, together with his opinion thereon.